

NUMBER 13-10-00544-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG

JEFFREY ALAN KOLAR A/K/A JEFFERY ALAN KOLAR,          Appellant,

v.

THE STATE OF TEXAS,          Appellee.

On Appeal from the 252nd District Court
of Jefferson County, Texas.

MEMORANDUM OPINION

Before Justices Garza, Vela, and Perkes
Memorandum Opinion Per Curiam

Appellant, Jeffrey Alan Kolar a/k/a Jeffery Alan Kolar, by and through his attorney, has filed a motion to dismiss his appeal because he no longer desires to prosecute it. *See* TEX. R. APP. P. 42.2(a). Without passing on the merits of the case, we grant the motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeal. Having dismissed the appeal at appellant's request, no motion for rehearing will

be entertained, and our mandate will issue forthwith.

PER CURIAM

Do not publish.
*See* TEX. R. APP. P. 47.2(b).
Delivered and filed the
19th day of May, 2011.